**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2007-HE-1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HE-1 | CASE NUMBER:1:11-cv-7528 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| PAUL MCCUE, OSWEGO COMMUNITY BANK, YVETTE MCCUE, | MAGISTRATE JUDGE: Sidney I. Schenkier |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Defendant/Counter-Claimant, Oswego Community Bank, by counsel, consent to the entry of a Judgment of Foreclosure


/s/ Julia M. Bochnowski
Julia M. Bochnowski # 6301499
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313

/s/ Steven J. Fink
Steven J. Fink
Steven J. Fink and Associates, PC
Attorneys for Defendant/Counter-Claimant
25 E. Washington St., Ste. 1125
Chicago, IL 60602
(312) 696-1000