**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR IXIS REAL
ESTATE CAPITAL TRUST 2007-HE-1
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2007-HE-1

|  |  |
|---|---|
| PLAINTIFF | CASE NUMBER:1:11-cv-7528 |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| PAUL MCCUE, OSWEGO COMMUNITY BANK, YVETTE MCCUE, | MAGISTRATE JUDGE: Sidney I. Schenkier |
| DEFENDANT(S). | |

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

    Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

    Defendant/Counter-Claimant, Oswego Community Bank, by counsel, consent to the entry of a Judgment of Foreclosure

| | |
|---|---|
| /s/ Julia M. Bochnowski | /s/ Steven J. Fink |
| Julia M. Bochnowski # 6301499 | Steven J. Fink |
| Burke Costanza & Carberry LLP | Steven J. Fink and Associates, PC |
| Attorneys for Plaintiff | Attorneys for Defendant/Counter-Claimant |
| 225 W. Washington St., Ste. 2200 | 25 E. Washington St., Ste. 1125 |
| Chicago, IL 60606 | Chicago, IL 60602 |
| (219) 769-1313 | (312) 696-1000 |